UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

VINCENT HILL,

    Plaintiff,

v.

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.
_____/

Case No. 19-cv-13350

Honorable Nancy G. Edmunds

**ORDER ACCEPTING AND ADOPTING THE MAGISTRATE JUDGE'S JANUARY 27, 2021 REPORT AND RECOMMENDATION [15], GRANTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT [14], DENYING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT [13] AND AFFIRMING THE COMMISSIONER'S DECISION**

This matter is before the Court on the Magistrate Judge's January 27, 2021 report and recommendation. (ECF no. 15.) The Magistrate Judge recommended that the Court deny Plaintiff's motion for summary judgment (ECF no. 13) and grant the Commissioner's motion for summary judgment (ECF no. 14). Neither party has filed objections. "[T]he failure to object to the magistrate judge's report[] releases the Court from its duty to independently review the matter." *Hall v. Rawal*, 09-10933, 2012 WL 3639070, at *1 (E.D. Mich. Aug. 24, 2012) (citing *Thomas v. Arn*, 474 U.S. 140 (1985)). The Court nevertheless agrees with the Magistrate Judge's recommendation.

Being fully advised in the premises, having read the pleadings, and for the reasons set forth above, the Court ACCEPTS and ADOPTS the Magistrate Judge's report and recommendation (ECF no. 15), GRANTS Defendant's motion for summary judgment,

DENIES Plaintiff's motion for summary judgment and AFFIRMS the decision of the Commissioner of Social Security pursuant to 42 U.S.C. § 405(g).

So ordered.

s/Nancy G. Edmunds
Nancy G. Edmunds
United States District Judge

Dated: February 25, 2021

I hereby certify that a copy of the foregoing document was served upon counsel of record on February 25, 2021, by electronic and/or ordinary mail.

s/Lisa Bartlett
Case Manager