**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

VINCENT HILL,

    Plaintiff,

v.                                CASE NO. 19-cv-13350

COMMISSIONER OF         DISTRICT JUDGE NANCY G. EDMUNDS
SOCIAL SECURITY,

    Defendant.
_____/

## **JUDGMENT**

Being fully advised in the premises, having read the pleadings, and for the reasons set forth in the Court's order accepting and adopting the Magistrate Judge's Report and Recommendation (ECF no. 15),

IT IS HEREBY ORDERED AND ADJUDGED that Plaintiff's motion for summary judgment (ECF no. 13) is DENIED, Defendant's motion for summary judgment (ECF no. 14) is GRANTED, this case is DISMISSED and the decision of the Commissioner is AFFIRMED pursuant to 42 U.S.C. § 405(g).

    SO ORDERED.

                                      s/Nancy G. Edmunds
                                      Nancy G. Edmunds
                                      United States District Judge

Dated:  February 25, 2021

I hereby certify that a copy of the foregoing document was served upon counsel of record on February 25, 2021, by electronic and/or ordinary mail.

                                      s/Lisa Bartlett
                                      Case Manager